# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1506
LT Case No. 2022-CF-001037

_____

ADRIAN GORE,

      Petitioner,

      v.

STATE OF FLORIDA,

      Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Adrian Gore, Lawtey, pro se.

Ashley Moody, Attorney General, and Kristie Regan,
Assistant Attorney General, Tallahassee, for Respondent.

Jonathan Sang, Appointed Special Master, Jacksonville.

September 8, 2023

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the February 9, 2023 judgment and sentence rendered in Case No. 2022-CF- 001037, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EISNAUGLE, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____